does not sufficiently present the point in question, therefore, it is not considered.

For the other reasons given, the order of the circuit court is reversed, and the cause remanded with directions to allow the motion to dissolve, and to dissolve the injunction.

*Reversed and remanded.*

CULBERTSON, J., and BARDENS, J., concur.

Genevieve Mareno, Appellee, v. Chicago Transit Authority, Appellant.

Gen. No. 45,062.

Werner W. Schroeder, William S. Allen, William C. McHenry, and Arthur J. Donovan, for appellant; James O. Dwight, of counsel; Arthur O. Kane, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed November 29, 1950; released for publication February 23, 1951.